IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DANIEL TURNER                                                                                               PLAINTIFF

v.                                                                          CIVIL ACTION NO. 3:15-cv-754DPJ-FKB

CRAWFISH BARN PEARL, LLC
HOANG "KENNY" LEE and
JOE DENNINGTON                                                                                        DEFENDANTS

## ORDER OF DISMISSAL

THIS CAUSE having come before the Court on the Motion *ore tenus* of the parties for a dismissal, with prejudice, of Plaintiff's claims against Defendants and a dismissal, without prejudice, of Defendants/Counter-Plaintiffs' claims against Plaintiff/Counter-Defendant, and the Court, being advised in the premises and by the signatures herein below that the matters contained herein are admitted by agreement, and further finding that said Motion is well-taken and should be granted in accordance with the terms and provisions herein,

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff's claims against Defendants are dismissed with prejudice.

IT IS FURTHER ORDERED that Defendants/Counter-Plaintiffs' claims against Plaintiff/Counter-Defendant are dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 21st day of January, 2016.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

AGREED:

*Timothy D. Moore, Esq.*
Timothy D. Moore, Attorney for
Defendants/Counter-Plaintiffs


*Justin Ponds, Esq.*
Justin Ponds, Attorney for
Plaintiff/Counter-Defendant